**DISMISS and Opinion Filed April 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00992-CV**

**AVA SECURITY, INC., Appellant**
**V.**
**RASPBERRY 353 LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04881**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

Before the Court is the parties' agreed motion to dismiss the appeal because they have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220922F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AVA SECURITY, INC., Appellant

No. 05-22-00992-CV      V.

RASPBERRY 353 LLC, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-04881. Opinion delivered by Justice Reichek. Justices Partida-Kipness and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered April 28, 2023